SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR # 56671)
JOE ANGELO (BAR # 268542)
SAGARIA LAW
2033 GATEWAY PL., 5th FLOOR
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>WAUKEEN QUANDRICO MCCOY<br><br>Debtor. | Case No. 14-30381-HLB<br><br>Chapter 11<br><br>**APPLICATION FOR APPROVAL OF EMPLOYMENT OF TAX PREPARER BY DEBTOR IN POSSESSION**<br><br>NO HEARING REQUESTED<br><br>Judge: Hon. Hannah Blumenstiel |

TO THE HONORABLE HANNAH BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:

Debtor, Waukeen Quandrico McCoy ("Debtor"), hereby apply to the Court for an order authorizing them to employ, generally, Sean Allaband, as his tax preparer in this Chapter 11 case.

1. On March 12, 2014, Debtor filed a voluntary petition herein under Chapter 13 of the Bankruptcy Code. On June 5, 2014 this Court entered an Order converting Debtor's case from one under Chapter 13 to one under Chapter 11. Debtor is the debtor-in-possession with all powers and rights of a trustee pursuant to 11 U.S.C. § 1107.

2. Debtor wishes to employ Sean Allaband, CPA (hereinafter "Tax Preparer"), as their accountant under 11 U.S.C. §327 to perform the necessary accounting work associated with the Chapter 11 proceeding.

3. The Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this proceeding and this application is proper in this district pursuant to

28 U.S.C. §§ 1408 and 1409. The statutory source for relief sought herein is § 327(a) of the Bankruptcy Code.

4. Debtor wishes to employ said tax preparer for the reason that Tax Preparer, has considerable experience in matters of this character, and believes that Tax Preparer is well suited to represent her interests in the necessary tax preparations.

5. The professional services to be rendered include:

(a) Preparing the federal and state income tax returns with supporting schedules;

(b) Assisting with the preparation of the monthly operating reports;

(c) Amending prior tax returns to determine liabilities owed to the Internal Revenue Service and Franchise Tax Board; and

(d) Maintain appropriate accounting records for Debtor's law practice in order to minimize any future liability that may be owed to the Internal Revenue Service and Franchise Tax Board.

6. Pursuant to the Declaration of Tax Preparer, which is being filed concurrently herewith, Debtor believes that neither Tax Preparer, nor any employee of Tax Preparer, holds nor represent interests adverse to that of the debtor or the debtor's estate and that Tax Preparer is a disinterested person within the meaning of 11 U.S.C. § 101 (13).

7. Tax Preparer has agreed to perform the work requested and the Applicant desires to employ Tax Preparer on an hourly/flat fee basis.

8. Debtors intend to pay Tax Preparer for tax preparation services, from post-petition income. Tax Preparer will apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

9. Tax Preparer represents that he has no interest adverse to debtor in possession or the estate in the matters upon which it is to be engaged for the debtor in possession, and its employment would be in the best interests of this estate

**WHEREFORE** Debtors respectfully request that the Court enter an order (i) authorizing them to employ and retain Tax Preparer, and (ii) grant such other and further relief as is just and proper.

Dated: July 14, 2014         */s/ Waukeen McCoy*
                             Waukeen McCoy