SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR # 56671)
JOE ANGELO (BAR # 268542)
SAGARIA LAW
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
(408) 279-2288
(408) 279-2299 FAX

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No. 14-30381-HLB |
| WAUKEEN QUANDRICO MCCOY, | Chapter 11 |
| Debtor | **AFFIDAVIT OF SEAN ALLABAND** |
| | NO HEARING REQUESTED |

### AFFIDAVIT OF SEAN ALLABAND

This affidavit is submitted in support of Debtor's Application to Employ Sean Allaband as their tax preparer.

I, Sean Allaband hereby declare as follows:

1. I am an accountant and not a party to the above captioned proceeding. I am not employed or financially involved with the above captioned proceeding. I am not employed by an attorney, creditor, trustee, or any interested party involved in the above captioned proceeding.

2. I have been engaged for employment by Waukeen McCoy ("Debtor") to perform services as their accountant under 11 U.S.C. §327. Services include preparation

AFFIDAVIT

of necessary accounting work associated with the Chapter 11 proceeding, including monthly operating reports, preparing and filing income tax returns, and reviewing past filed returns for possible amendments.

3. The Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory source for relief sought herein is § 327(a) of the Bankruptcy Code.

4. I have considerable experience in matters of this character, and believe that I am well suited to represent Debtors' interests in the necessary tax preparations.

5. The professional services to be rendered include:

    (a) Preparing the federal and state income tax returns with supporting schedules,

    (b) Answer questions on specific tax matters,

    (c) Prepare monthly operating reports

    (d) Maintain account records for Debtor's law practice to minimize future tax liability.

    (e) If necessary, Governmental Tax Liability Examination.

6. Neither myself, nor any of my employees hold nor represent interests adverse to that of the Debtor or Debtor's estate.

7. I am a disinterested person within the meaning of 11 U.S.C. § 101 (13).

8. I have agreed to perform the work requested have agreed to perform work on an hourly fee basis of $75.00 per hour for bookkeeping assistance, $75.00 per hour for tax preparation and review, and $75.00 per hour for consulting and research. All out of pocket expenses will be billed separately.

9. I have been informed that the Debtor intends to pay me for tax preparation services, from post-petition income. I will apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

AFFIDAVIT

10. I represent that I have no interest adverse to debtor in possession or the estate in the matters upon which it is to be engaged for the debtor in possession, and my employment would be in the best interests of this estate.

I, Sean Allaband, declare under the penalty of perjury that the forgoing is true and correct.

Dated: July 14, 2014

Sean Allaband

AFFIDAVIT

Case: 14-30381   Doc# 55-1   Filed: 07/15/14   Entered: 07/15/14 16:55:51   Page 3 of 3