In re   **Waukeen Quandrico McCoy**                                    ,   Case No.   **14-30381-HLB**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Urban Green Investments** <br> **1746 Union Street** <br> **San Francisco, CA 94123** | **Sales contract to purchase debtor's real estate located at 21 Buena Vista Avenue East, San Francisco CA** <br><br> **Contract price is $3,500,000.00** |

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Case: 14-30381    Doc# 65    Filed: 07/17/14    Entered: 07/17/14 08:43:37    Page 1 of 1