SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
JOE ANGELO (BAR #268542)
SAGARIA LAW, P.C.
2033 Gateway Place, Fifth Floor
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 3

| | |
|---|---|
| In Re:<br><br>**WAUKEEN QUANDRICO MCCOY**,<br><br>                  Debtor-in-Possession. | Case No.: 14-30381-HLB<br><br>Chapter 11<br><br>**DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS**<br><br>Date:        --<br>Time:        --<br>Judge:      Hon. Judge Blumenstiel<br>Crtrm:      23<br>Location:   235 Pine Street, 19th Floor<br>                 San Francisco, CA 94104 |

       Waukeen Quandrico McCoy (hereinafter "Debtor") moves this Court for an order authorizing the sale of the real property commonly known as at 21 Buena Vista Avenue E, San Francisco, CA 94117 (APN 1241-009A) (hereinafter "Property") to buyer, Urban Green Investments, LLC (hereinafter "Buyer"), for the total purchase price of $3,500,000.00, pursuant to 363(f).

       This motion is based on the Debtor's, memorandum of points and authorities, and the accompanying declaration of Waukeen Quandrico McCoy.

                                           **SAGARIA LAW, P.C.**

Dated:  July 21, 2014          By:       */s/ Joe Angelo, Esq.*_____
                                            Joe Angelo, Esq.
                                            Attorneys for Debtor-in-Possession