# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

265 Montgomery Street • San Francisco CA • 94104 • (415) 421-9770 • FAX (415) 788-4237

Waukeen Q. McCoy

Date: February 3, 2014
Escrow No.: 0224031476-CB
Escrow Officer: Cidney Bryan
Closing Date: February 14, 2014

Property: 21 Buenavista East, San Francisco, CA

## Estimated Seller's Closing Statement

| Item | Debits | Credits |
|---|---|---|
| Sales Price | | 3,500,000.00 |
| Loan payoff to Capital One ($2,229,567.24) | | |
|   Current Principal | 2,071,835.29 | |
|   Interest 01/31/14 through 02/16/14, 17 days @ $219.95 (est.) | 3,739.15 | |
|   Interest to 1-31-14 | 93,572.53 | |
|   Unpaid late charges | 47,259.79 | |
|   F/C Bankruptcy Costs | 13,160.48 | |
| Loan payoff to Buena Vista Park LLC and Ken Page - Estimated ($820,372.00) | | |
|   Current Principal | 820,372.00 | |
| Loan payoff to Pensco Trust Company ($72,000.00) | | |
|   Current Principal | 60,000.00 | |
|   Estimated Fees and Interest | 12,000.00 | |
| Property Tax Lien to City and County of San Francisco - Tax Lien Dept. ($64,389.92) | | |
|   Current Principal | 64,389.92 | |
| Abstract of Judgment to Jeremy Charles Pack ($12,713.39) | | |
|   Current Principal | 6,491.85 | |
|   Interest 07/19/04 through 02/14/14, 3498 days @ $1.78 (est.) | 6,221.54 | |
| Abstract of Judgment to Litigation Economics LLC ($42,000.00) | | |
|   Current Principal | 36,000.00 | |
|   Estimated Fees due | 6,000.00 | |
| Mechanic's Lien to Jonathan McLaughlin ($47,550.00) | | |
|   Current Principal | 47,550.00 | |
| Mechanic's Lien to CAS Construction Company ($43,730.00) | | |
|   Current Principal | 43,730.00 | |
| Refuse Lien to City and County of San Francisco -Refuse Collection Services ($402.12) | | |
|   Current Principal | 402.12 | |
| State Tax Lien to State of California Franchise Tax Board ($393,309.31) | | |
|   Current Principal | 393,309.31 | |
| State Tax Lien to Employment Development Department ($8,349.61) | | |
|   Current Principal | 8,349.61 | |
| Real Estate Taxes (Lot 009A; Block 1241) | 25,987.57 | |
|   2nd Installment 2013-14 | 23,487.57 | |
|   Interest | 2,500.00 | |
| Notary Fees | 125.00 | |
| County Transfer Tax | 26,250.00 | |
| Due from Seller (est.) | | 286,746.16 |

Page 1 of 2

CB/cb
Seller's Closing Statement

Case: 14-30381    Doc# 69-3    Filed: 07/21/14    Entered: 07/21/14 18:19:56    Page 1 of 2

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

265 Montgomery Street • San Francisco CA • 94104 • (415) 421-9770 • FAX (415) 788-4237

Waukeen Q McCoy

Date: February 3, 2014
Escrow No.: 0224031476-CB
Escrow Officer: Cidney Bryan
Closing Date: February 14, 2014

Property: 21 Buenavista East, San Francisco, CA

**Estimated Seller's Closing Statement**

| Item | Debits | Credits |
|---|---|---|
| Total | 3,786,746.16 | 3,786,746.16 |