```
SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
JOE ANGELO (BAR #268542)
SAGARIA LAW, P.C.
2033 GATEWAY PL., 5th FLOOR
SAN JOSE, CALIFORNIA 95110
(408) 279-2288
(408) 279-2299 FAX
```

[Proposed] Attorneys for Debtor-in-Possession
WAUKEEN MCCOY

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 14-30381-HLB |
| WAUKEEN MCCOY, | Chapter 11 |
| Debtor-in-Possession, | **APPPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR DEBTOR IN POSSESSION (AMENDED)** |
| | [NO HEARING REQUESTED] |
| | Date: --- |
| | Time: --- |
| | Place: U.S. Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |
| | Ctrm: 23 |
| | HON. HANNAH BLUMENSTIEL |

To the United States Bankruptcy Court, the Honorable Judge Blumenstiel, the Office of the United States Trustee and other parties in interest:

Debtor and Debtor in Possession Waukeen McCoy, (hereinafter "Applicant"), applies to the Court for an order authorizing it to employ, generally, SAGARIA LAW P.C. ("Sagaria Law"), as attorneys in this Chapter 11 case.

---

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR DEBTORS IN POSSESSION
- 1 -

Case: 14-30381    Doc# 76    Filed: 08/05/14    Entered: 08/05/14 20:47:56    Page 1 of 4

//

1. On March 12, 2014, Applicant filed the petition herein under Chapter 13 of the Bankruptcy Code.

2. On April 9, 2014 Sagaria Law substituted into the case.

3. On April 18, 2014 Applicant filed a motion to convert Chapter 13 case to a Case under Chapter 11 of the Bankruptcy Code. On June 6, 2014, the court ordered this case converted to a case under Chapter 11 of the Bankruptcy Code. Applicant is the debtor-in-possession with all powers and rights of a trustee pursuant to 11 U.S.C. §1107.

4. Applicant has signed a Chapter 11 Retainer Agreement with Sagaria Law, Applicant wishes to employ Sagaria Law as its attorneys under 11 U.S.C. §327.

5. Applicant wishes to employ said attorneys for the reason that Sagaria Law has considerable experience in matters of this character, and believes that this firm is well suited to represent their interests.

6. The professional services to be rendered include:

   a. to give Applicant legal advice with respect to their powers and duties as debtor and debtor in possession in the continued operation of their business and management of the estate;

   b. to take necessary action to avoid liens against Applicant's property obtained by attachment by any creditors within ninety (90) days before filing of said petition under Chapter 11;

   c. to represent Applicant as debtors in possession in connection with reclamation proceedings if instituted in this court by creditors;

   d. to prepare on behalf of Applicant as debtor in possession, the necessary applications, answers, orders, reports and other legal papers;

   e. to perform all other legal services for Applicant as debtor and debtors-in-possession which may be necessary herein; and it is necessary for debtor as debtor-in-possession to employ an attorney for such professional services.

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR DEBTOR IN POSSESSION
- 2 -

7. Pursuant to the Declaration of Patrick Calhoun, which is being filed concurrently herewith, and the action to be taken by Sagaria Law, Applicant believes Sagaria Law does not now hold nor represent interests adverse to that of the debtor or the debtor's estate and that each attorney at Sagaria Law is a disinterested person within the definition provided by 11 U.S.C. §101(13).

8. Applicant is informed regarding the terms of the employment of Sagaria Law, and that attorneys and other personnel within the firm will undertake this representation at their standard hourly rates. The individuals presently designated to represent the debtors in possession and their hourly rates are:

| | |
|---|---|
| Scott Sagaria | $400.00 per hour |
| Patrick Calhoun | $400.00 per hour |
| Joe Angelo | $295.00 per hour |
| Scott Johnson | $295.00 per hour |
| Elliot Gale | $295.00 per hour |
| Paraprofessionals | $150.00 per hour |

9. These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those below the level of senior partner, to reflect their increased experience and expertise in this area of law. The attorneys will make periodic applications for interim compensation, and if, at the completion of the case results merit it, the attorneys may make application to the court for allowance of a premium above their designated hourly rates. Applicant also understands that the billing rates and the time billed are each subject to Bankruptcy Court review and approval.

10. Applicant paid **fifteen thousand dollars ($15,000.00)** as a deposit against fees and costs incurred during the immediate pendency of this Chapter 11 case, which included a $932.00 conversion fee from chapter 13 to chapter 11.

11. Any post petition compensation shall be paid to Sagaria Law only with court approval after notice and a hearing.

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR DEBTOR IN POSSESSION
- 3 -

Case: 14-30381    Doc# 76    Filed: 08/05/14    Entered: 08/05/14 20:47:56    Page 3 of 4

12. Sagaria Law represents that it has no interest adverse to debtor-in-possession or the estate in the matters upon which it is to be engaged for the debtor-in-possession, and its employment would be in the best interests of this estate.

13. Sagaria Law represents that it has no connection with any creditor or other party in interest and any proposed accountants that ay be used.

**WHEREFORE** Applicant respectfully requests that it be authorized to employ Sagaria Law, generally as its attorney, effective as of April 15, 2014, the date on which Sagaria Law was paid the remaining balance of the pre-conversion retainer.

Respectfully Submitted,

WAUKEEN MCCOY

Dated: July 28, 2014         By:    /s/ Waukeen McCoy
                                    WAUKEEN MCCOY

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR DEBTOR IN POSSESSION
- 4 -