EXHIBIT __1__

B6B (Official Form 6B) (12/07)

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash on Hand** | - | 2,114.53 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Acct # 7089** | - | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** <br><br> **\*\*No single item exceeds $550 in value\*\*** | - | 1,900.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art Objects** | - | 500.00 |
| 6.   Wearing apparel. | | **Wearing Apparel** <br> **1 Adult** | - | 1,250.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **5,764.53**
(Total of this page)

**3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Waukeen Quandrico McCoy**                               Case No. **14-30381-HLB**
_____,
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Genuine Sports Group, LLC** **Debtor is sole member.** | - | 0.00 |
| | | **Law Offices of Waukeen McCoy** **Debtor is sole owner** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >         0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Waukeen Quandrico McCoy**                                    Case No.     **14-30381-HLB**
_____                                  _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **McCoy v. Page Lawsuit** | - | **Unknown** |
| | | **Law Offices of Waukeen McCoy** **15 active cases without settlement or final judgment** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Land Rover Range Rover** **Mileage: 53,000** **Fair Condition** | - | **30,207.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture** | - | **1,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Xerox Machine** | - | **1,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          **32,707.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Waukeen Quandrico McCoy**                                    Case No.    **14-30381-HLB**
         _____,                               _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 38,471.53 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

EXHIBIT 2

1  MARK J. ROMEO (Bar # 112002)
   LAW OFFICES OF MARK J. ROMEO
2  235 Montgomery Street, Suite 400
   San Francisco, CA 94104
3  Telephone: (415) 395-9315      **Signed and Filed: June 24, 2014**
   Facsimile:   (415) 288 9755
4  *romeolaw@msn.com*

5  Attorneys for Kenneth Page and Buen                    *Hannah* *L.* *B...*

6                                          **HANNAH L. BLUMENSTIEL**
                 UNITED STATES BANKRUPTCY COURT
7                                          US Bankruptcy Judge

8              NORTHERN DISTRICT OF CALIFORNIA

9
   In re WAUKEEN MCCOY,                 )   Bk. No. 14-30381 HLB
10                                      )
                                        )   Chapter 11 (Converted from Ch. 13)
11             Debtor.                  )
                                        )   ORDER ON MOTION FOR RELIEF
12                                      )   FROM STAY
                                        )
13                                      )
                                        )   Date:   June 17, 2014
14                                      )   Time:  2:00 p.m
                                        )   Court: Judge Blumenstiel
15                                      )          US Bankruptcy Court
                                        )          235 Pine St., 23d Fl.
16                                      )          San Francisco CA 94104
                                        )
17                                      )   **[21 Buena Vista Park East, San
                                        )   Francisco, CA 94117]**
18   _____ )

19        This matter came on for hearing before the court on June 17, 2014. Mark J. Romeo

20   appeared on behalf of movants Kenneth Page and Buena Vista Park, LLC in support of the

21   motion. Joe Angelo, Sagaria Law, PC appeared for the Debtor. There were no other

22   appearances.

23        Having considered the papers and pleadings on file herein,

24        IT IS HEREBY ORDERED that the motion is granted and the relief from the automatic

25   stay in this case is granted as to the Debtor's real property at 21 Buena Vista Park East, San

26   Francisco, CA 94117 (the Property"), for the purpose of movants Kenneth Page and Buena

27   Vista Park, LLC foreclosing their security interest in the Property and, if necessary, recovering

28   possession of the Property from the Debtor and any and all co-debtors and disposing of any

Case: 14-30381   Doc# 46   Filed: 06/24/14   Entered: 06/25/14 12:45:01   Page 1 of 4
Case: 14-30381   Doc# 87-1   Filed: 10/03/14   Entered: 10/03/14 14:04:08   Page 7 of

EXHIBIT 2

1  abandoned personal property according to state law procedures.

2     IT IS FURTHER ORDERED that relief from the automatic stay in this case is also

3  granted to movants Kenneth Page and Buena Vista Park, LLC for the purpose of moving for

4  enforcement of a settlement agreement with the Debtor (Exhibit 6 to the Motion) in <u>Waukeen</u>

5  <u>McCoy v. Ken Page et al.</u> San Francisco Superior Court Nos. CGC 10-510448, and CGC 11-

6  512599, in order to have the court in that case dismiss the settling defendants, if Debtor does

7  not do so in compliance with the Settlement Agreement.

8     IT IS FURTHER ORDERED this Order of the court be effective in this case and in any

9  conversion of this case to another chapter without necessity of another motion and that this

10  Order be effective immediately, notwithstanding Bankruptcy Rule 4001(a)(3).

11

12  **END OF ORDER**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COURT SERVICE LIST**
Stay Motion, 6/17/14
Non ECF Registrants alphabetically

American Express
POB 7868
Fort Lauderdale, FL 33329

Atkinson Baker
500 North Brand Blvd., 3rd Floor
Glendale, CA 91203-1945

Bank of America (1 of 2)
1825 E. Buckeye Road
Phoenix, AZ 85034

Bank of America
POB 982235
El Paso TX 79998

Cap1/neimn
26525 N. Riverwoods Blvd
Mettawa IL 60045

Glen French
1012 Benview Street
San Francisco, CA 94110-5147

Jonathan McLaughlin
1745 Clement St
San Francisco, CA 94121

Kaushak Datani
3232 22d St
San Francisco CA 94110

Leo Epp & Co.
CIM
703 Market St 10th Fl
San Francisco, CA 94107

Nieman Marcus
POB 5235
Carol Stream, IL 60197-5235

Nossaman, LLP
15760 Venturas Blvd.
Encino CA 91436

VSAC Federal Loans
10 E Allen St.
Winooski, VT 05404

| | |
|---|---|
| 1 | Waukeen McCoy |
| | 941 Clayton St |
| 2 | San Francisco, CA 94117-4425 |
| 3 | West Publishing Corp |
| | 4800 Wells Fargo Center |
| 4 | 90 South Seventh Street |
| | Minneapolis, MN 55402-4129 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

EXHIBIT 3

RECORDING REQUESTED BY

CHICAGO TITLE COMPANY

AND WHEN RECORDED MAIL TO*

MF FUND III, LP
1138 TAYLOR STREET
SAN FRANCISCO, CA 94108

20149J92665200003
**San Francisco Assessor-Recorder**
**Carmen Chu, Assessor-Recorder**
**DOC 2014-J926652-00**
**Acct 2007-LSI Title Company (CA)**
**Wednesday, AUG 13, 2014 09:39:19**
**Ttl Pd $9,051.00      Nbr-0004992023**
**ofa/RE/1-3**

*Space above this line for Recorder's use*

---

LOAN: McCOY, WAUKEEN Q.          OTHER: 140021062          FILE: F14-01-13    LRC
A.P. NO. 09-1241-009A-01
21 BUENA VISTA EAST AVENUE, SAN FRANCISCO

## TRUSTEE'S DEED UPON SALE

**The undersigned grantor declares:**
DOCUMENTARY TRANSFER TAX IS COMPUTED ON FULL VALUE LESS LIENS AND
ENCUMBRANCES REMAINING AT TIME OF SALE ·  **$1,320.00**    CITY OF SAN FRANCISCO
CITY TAX                                  **$9,000.00**    **(AFNF)**
AMOUNT OF CONSIDERATION                   **$1,200,000.00**
AMOUNT OF UNPAID DEBT                     **$889,660.66**
GRANTEE IS NOT IDENTIFIED AS THE BENEFICIARY.

CHICAGO TITLE COMPANY, a California Corporation, Trustee, (whereas so designated in the Deed of Trust herein under more particularly described or as duly appointed Trustee), does hereby GRANT and CONVEY to **MF FUND III, LP**  (herein called Grantee), but without covenant or warranty, express or implied, all right, title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the City of SAN FRANCISCO County of SAN FRANCISCO, State of California, described as follows:

SEE EXHIBIT A  LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART
HEREOF BY REFERENCE

APN: 09-1241-009A-01

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **WAUKEEN Q. McCOY, AN UNMARRIED MAN** and recorded on 03/31/2009, in REEL J859 IMAGE 0260 Instrument Number 2009-J741218-00 of Official records,  in the office of the Recorder of SAN FRANCISCO County, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust and pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded 02/13/2014, in REEL L084 IMAGE 0161 Instrument Number 2014-J837419-00 of Official records, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending of a Notice of Default and Election to SELL within 10 days after its recording and a Notice of Sale at least 20 days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Notice of Trustee's Sale was published once a week for three consecutive weeks commencing 07/17/2014 in SAN FRANCISCO DAILY JOURNAL, a newspaper, and at least 20 days before the date fixed therein for sale a copy of the Notice of Trustee's Sale was posted in a conspicuous place on the property described above and in one public place in the city where the sale was to be held.  At the time and place fixed in said notice, Trustee did, by public announcement, and in said provided, postpone the sale from time to time thereafter and did sell the property described above on 08/07/2014 at public auction to the Grantee herein, Grantee being the highest qualified bidder therefor, for **$1,200,000.00** cash, lawful money of the United States, or by the satisfaction of the indebtedness then

* Mail tax bill to the above

EXHIBIT 3

secured by said Deed of Trust.

     In WITNESS WHEREOF, **CHICAGO TITLE COMPANY, a California Corporation**, as the Trustee, has this day, **08/08/2014** caused its name to be hereunto affixed by its officer thereunto duly authorized by its Corporation By-Laws.

**CHICAGO TITLE COMPANY,**
a California Corporation, as said Trustee

By     _____
       **J. Howard**
       **Assistant Vice President**

By     _____
       **L. R. Cavalla**
       **Assistant Secretary**

STATE OF CALIFORNIA

COUNTY OF **FRESNO**

On **08/08/2014** _____ before me, **SUE MEYER** a Notary Public, personally appeared **J. Howard and L. R. Cavalla** _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

(Notary seal or stamp)

WITNESS my hand and official seal.

Signature _____
       **SUE MEYER**

SUE MEYER
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 2051764
FRESNO COUNTY
My Comm. Exp. January 10, 2018

## EXHIBIT A

## LEGAL DESCRIPTION

BEGINNING AT A POINT AT RIGHT ANGLES NORTHERLY 116 FEET 5 INCHES FROM THE NORTHERLY LINE OF WALLER STREET AND ALSO AT RIGHT ANGLES WESTERLY 100 FEET FROM THE WESTERLY LINE OF BRODERICK STREET; AND RUNNING THENCE NORTH 9° 15' WEST AND PARALLEL WITH THE WESTERLY LINE OF BRODERICK STREET 38 FEET 7 INCHES; THENCE SOUTH 80° 45' WEST 105 FEET 2-5/8 INCHES TO THE EASTERLY LINE OF BUENA VISTA AVENUE; THENCE FOLLOWING THE EASTERLY LINE OF BUENA VISTA AVENUE SOUTH 52° 08' EAST 25 FEET 7-1/8 INCHES; THENCE CONTINUING ALONG THE EASTERLY LINE OF BUENA VISTA AVENUE SOUTH 24° 31' EAST 20 FEET 6-1/2 INCHES; THENCE NORTH 80° 45' EAST AND PARALLEL WITH THE NORTHERLY LINE OF WALLER STREET 82 FEET 4-3/4 INCHES TO THE POINT OF BEGINNING.

BEING A PORTION OF WESTERN ADDITION BLOCK NO. 522.

APN:   09-1241-009A-01

EXHIBIT 4

1

2
CONFORMED COPY of document recorded
09/11/2014, 2014J948797
on _____ with document no. _____
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER
3

4

5

6 **After recording, return to:**

7 WAUKEEN McCOY
703 Market Street, Suite 1300
San Francisco, CA 94103
8 Telephone:    (415)675-7705
Facsimile:    (415) 675-2530
9

10 PLAINTIFF PRO PER

11

12            SUPERIOR COURT OF THE STATE OF CALIFORNIA

13                     COUNTY OF SAN FRANCISCO

14                       UNLIMITED JURISDICTION

15 WAUKEEN Q. McCOY,                    )   **Case No.: CGC-11-512599**
                                      )
16                                      )
              Plaintiff,              )
17                                      )
                                      )   **NOTICE OF PENDENCY OF ACTION**
18                                      )
                                      )
19 KEN PAGE, an individual, BUENA       )
   VISTA PARK, LLC, a limited liability )
20 company, File. No. 200207210214,     )
   BUENA VISTA PART, LLC, a limited     )
21 liability company, File. No.         )
   200930710132, SOTHEBY'S             )
22 INTERNATIONAL REALTY, a limited      )
   liability company, JEFFREY          )
23 COSTALDO, a California real estate    )
   broker, VINCENT LEGER, an           )
24 individual, CHICAGO TITLE           )
   COMPANY, a California corporation, All)
25 persons unknown claiming any legal or )
   equitable right, title, estate, lien or )
26 interest in the property described in the )
   complaint,                          )
27 adverse to Plaintiff's title, or any cloud on )

28 EXHIBIT 4

Case: 14-30381   Doc# 87-1   Filed: 10/03/14   Entered: 10/03/14 14:04:08   Page 16
of 23

WAUKEEN McCOY
703 Market Street, Suite 1300
San Francisco, CA 94103
Telephone:     (415)675-7705
Facsimile:     (415) 675-2530

PLAINTIFF PRO PER

ENDORSED
F I L E D
Superior Court of California
County of San Francisco

SEP 1 1 2014

CLERK OF THE COURT
BY: ____ BOWMAN LIU
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| WAUKEEN Q. McCOY,<br><br>Plaintiff,<br><br>KEN PAGE, an individual, BUENA VISTA PARK, LLC, a limited liability company, File. No. 200207210214, BUENA VISTA PART, LLC, a limited liability company, File. No. 200930710132, SOTHEBY'S INTERNATIONAL REALTY, a limited liability company, JEFFREY COSTALDO, a California real estate broker, VINCENT LEGER, an individual, CHICAGO TITLE COMPANY, a California corporation, All persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint, adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CGC-11-512599<br><br>**NOTICE OF PENDANCY OF ACTION** |

Case: 14-30381    Doc# 87-1    Filed: 10/03/14    Entered: 10/03/14 14:04:08    Page 17
of 23
( ALAMEDA COUNTY CASE NO. CGC-11-512599)

| | |
|---|---|
| 1 | Plaintiff's title thereto; and DOEs 1-50, ) |
| 2 | inclusive,                                                          ) |
| | )                                              |
| 3 | Defendants.                                    ) |
| | )                                              |
| 4 | |

5      PLEASE TAKE NOTICE that his action was commenced in the above court on July 20,

6 2011, by Plaintiff, WAUKEEN MCCOY against the above named Defendants and Does 1 to 50

7 inclusive.

8      This action affects the right to possession of specific real property located in San

9 Francisco County, California, commonly known as 21 East Buena Vista Avenue, San Francisco,

10 Ca , and legally described in **"Exhibit A"**, attached to and incorporated in this notice by

11 reference.

12     The property is designates as Assessor's Parcel No.1241-009A in the San Francisco

13 County Assessor's Office.

16 Dated:  September 11, 2014

 

WAUKEEN Q. MCCOY
PLAINTIFF PRO PER

Case: 14-30381   Doc# 87-1   Filed: 10/03/14   Entered: 10/03/14 14:04:08   Page 18
of 23

# EXHIBIT A



Escrow No.: 07-38304232-HB
Locate No.: CACTI7730-7730-2333-0038304232
Title No.: 07-38304232-SM4

# EXHIBIT "A"

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Beginning at a point at right angles northerly 116 feet 5 inches from the northerly line of Waller Street and also at right angles westerly 100 feet from the westerly line of Broderick Street; and running thence northerly 9° 15' westerly and parallel with the westerly line of Broderick Street 36 feet 7 inches; thence southerly 80° 45' west 106 feet 2-5/8 inches to the easterly line of Buena Vista Avenue; thence following the easterly line of Buena Vista Avenue south 52° 08' east 25 feet 7-1/8 inches; thence continuing along the easterly line of Buena Vista Avenue south 24° 31' east 20 feet 6-1/2 inches; thence north 80° 45' east and parallel with the northerly line of Waller Street 82 feet 4-3/4 inches to the point of beginning.

Being a portion of Western Addition Block No. 522.

APN: 1241-009A (21 Buena Vista Avenue west)

1  WAUKEEN MCKOY
   703 Market Street, Suite 1300
2  San Francisco, CA 94103
   Telephone:     (415)675-7705
3  Facsimile:     (415) 675-2530

4  PLAINTIFF PRO PER

5

6                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                          COUNTY OF SAN FRANCISCO

8                          UNLIMITED JURISDICTION

9

10 WAUKEEN Q. McCOY,                    )   **Case No.: CGC-11-512599**
                                        )
11              Plaintiff,              )   **PROOF OF SERVICE**
                                        )
12                                      )
                                        )
13                                      )
                                        )
14 KEN PAGE, an individual, BUENA       )
   VISTA PARK, LLC, a limited liability )
15 company, File. No. 200207210214,     )
   BUENA VISTA PART, LLC, a limited     )
16 liability company, File. No.         )
   200930710132, SOTHEBY'S              )
17 INTERNATIONAL REALTY, a limited      )
   liability company, JEFFREY           )
18 COSTALDO, a California real estate   )
   broker, VINCENT LEGER, an            )
19 individual, CHICAGO TITLE            )
   COMPANY, a California corporation, All)
20 persons unknown claiming any legal or )
   equitable right, title, estate, lien or )
21 interest in the property described in the )
   complaint,                          )
22 adverse to Plaintiff's title, or any cloud on )
   Plaintiff's title thereto; and DOEs 1-50, )
23 inclusive,                          )
                                        )
24              Defendants.            )
                                        )
25 _____    )
                                        )
26
27
28

Case: 14-30381   Doc# 87   (SAN FRANCISCO COUNTY CASE Entered: 13/03/14 14:04:08   Page 21 of 23

# PROOF OF SERVICE

I, the undersigned, declare that I work in the County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 703 Market Street, Suite 1300, San Francisco, Ca 94103.

On September 17, 2014, I served the following:

**NOTICE OF PRENDANCY OF ACTION**

[x ]    VIA U.S. MAIL by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as shown below.

[ ]    VIA HAND DELIVERY by causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ]    VIA ELECTRONIC MAIL TRANSMISSION by transmitting a true copy thereof by email transmission from the email address bh@hilliard-firm.com to the interested parties to said action at the email address shown below.

[ ]    VIA FACSIMILE TRANSMISSION by transmitting a true copy thereof by facsimile transmission from the facsimile number (415) 675-2530 to the interested parties to said action at the email address shown below.

[  ]    VIA OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges fully paid, to be delivered via overnight delivery to the address(es) shown below.

**MARK J. ROMEO**
**LAW OFFICES OF MARK J. ROMEO**
**235 MONTGOMERY STREET**
**SUITE 400**
**SAN FRANCISCO, CA 94104**

**PETER C. CATALANOTTI**
**MANNING & KASS**
**ELLROD, RAMIREZ & TRESTER LLP**
**121 SPEAR STREET, SUITE 200**
**SAN FRANCISCO, CA 94105**

CRAIG LIPTON
MAVEN INVESTMENTS
MAVEN MAINTENANCE, INC.
INVESTMENT, CONSTRUCTION & DEVELOPMENT
GENERAL CONTRACTOR LICENSE: 881403
737 HYDE STREET,
SAN FRANCISCO, CA 94109

DENA CRUZ
BRYAN CAVE, LLP
560 MISSION ST., 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

CAPITAL ONE
LEGAL DEPARTMENT
P O BOX 21887
EAGAN, MN
55121-0887

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 17th day of September 2014, at San Francisco, California.

_____
RICKY SISON

POS
MCCOY V. KEN PAGE, ET AL.
(SAN FRANCISCO COUNTY CASE NO. CGC-11-512599)