UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: )
WAUKEEN MCCOY )
) Bankruptcy No.: 14-30381 HLB
) R.S. No.:
) Hearing Date: October 20, 2014
) Time: 2:00 p.m.
)
Debtor(s) )
_____ )

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 3-12-14                    11     Chapter:
    Prior hearings on this obligation:    None      6/23/14 Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value:      $_____      Source of value:_____
    Contract Balance:       $_____      Pre-Petition Default:   $_____
    Monthly Payment:        $_____      No. of months: _____
    Insurance Advance:      $_____      Post-Petition Default:  $_____
                                             No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Mansion, at 21 Buena Vista Park East, San Francisco, CA 94117

    Fair market value: $_____    Source of value:_____    If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal.            $_____      Pre-Petition Default: _____
    As of (date):           _____       No. of months: _____
    Mo. payment:            $_____      Post-Petition Default: $_____
    Notice of Default (date) : _____    No. of months: _____
    Notice of Trustee's Sale : _____    Advances Senior Liens: $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):
    Position                        Amount              Mo. Payment              Defaults

    1st Trust Deed:_____       $_____             $_____                  _____
    _____              $_____             $_____                  _____
    _____              $_____             $_____                  $_____
    _____ :            $_____             $_____                  $_____
                    (Total)         $_____             $_____                  $_____

(D) Other pertinent information: **This motion is made by a buyer at the foreclosure sale of Debtor's former property at 21 Buena Vista Park, San Francisco. Movant is a third party bidder. Movant needs relief to file a motion to expunge a lis pendens recorded post sale by the Debtor and take any other actions to clear debtor off of the title Movant has a pending sale to another buyer which is being halted by the lis pendens. Movant seeks attorneys fees award in state court in addition to other relief.**

Dated: 10/3/14        /s/Mark J. Romeo_____
                            Signature
                      Mark J. Romeo_____
                          Print or Type Name

                          Attorney for Movant

Case: 14-30381    Doc# 87-3    Filed: 10/03/14    Entered: 10/03/14 14:04:08    Page 1 of 1