MARK J. ROMEO (Bar # 112002)
LAW OFFICES OF MARK J. ROMEO
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 395-9315
Facsimile: (415) 288 9755
romeolaw@msn.com

Signed and Filed: October 20, 2014

Attorneys for MF Fund III, LP

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WAUKEEN MCCOY,<br><br>          Debtor. | Bk. No. 14-30381 HLB<br><br>Chapter 11 (Converted from Ch. 13)<br><br>ORDER ON MOTION FOR RELIEF FROM STAY<br><br>Date:  October 20, 2014<br>Time:  2:00 p.m<br>Court: Judge Blumenstiel<br>       US Bankruptcy Court<br>       235 Pine St., 23d Fl.<br>       San Francisco CA 94104 |

This matter came on for hearing before the court on October 20, 2014. Mark J. Romeo appeared on behalf of Movant MF Fund III, LP in support of the motion. Joe Angelo, Sagaria Law, PC appeared for the Debtor and Debtor Waukeen McCoy appeared in opposition to the motion. Debtor also filed written opposition to the Motion. Other appearances were noted in the record.

Having considered the papers and pleadings on file herein,

IT IS HEREBY ORDERED that the motion is granted and the relief from the automatic stay in this case is granted to MF Fund III LP

1) To File a Motion to Expunge A Notice of Pending Action recorded against Movant's real property located at 21 Buena Vista Park East, San Francisco, California 94117,

(the "Property") and more fully described in the motion; and taking any other actions to clear title to the Property against invalid claims of the Debtor, in the action which the Notice was recorded, or any other proceeding now existing or hereafter filed;

    2)    Seeking the liquidation and award of attorneys fees and costs against Debtor in any Motion to Expunge, provided that any such award may only be enforced by proof of claim in this Court while this action is pending.

    3)    Movant's request that Debtor be barred from any further actions regarding claim of title to the property is denied. Neither party is barred from litigating whatever claims to title to the subject Property (21 Buena Vista Park East, San Francisco, California) by this Court.

IT IS FURTHER ORDERED this Order of the court be effective in this case and in any conversion of this case to another chapter without necessity of another motion and that this Order be effective immediately, notwithstanding Bankruptcy Rule 4001(a)(3).

**END OF ORDER**

APPROVED AS TO FORM:

Sagaria Law, P.C.

Dated: 10/20/2014    By _____
Joseph Angelo

# COURT SERVICE LIST
Stay Motion, 10/20/14-MF Fund III, LP Movant
Non ECF Registrants alphabetically

American Express
POB 7868
Fort Lauderdale, FL 33329

Atkinson Baker
500 North Brand Blvd., 3rd Floor
Glendale, CA 91203-1945

Bank of America (1 of 2)
1825 E. Buckeye Road
Phoenix, AZ 85034

Bank of America
POB 982235
El Paso TX 79998

Cap1/neimn
26525 N. Riverwoods Blvd
Mettawa IL 60045

Glen French
1012 Benview Street
San Francisco, CA 94110-5147

Jonathan McLaughlin
1745 Clement St
San Francisco, CA 94121

Kaushak Datani
3232 22d St
San Francisco CA 94110

Leo Epp & Co.
CIM
703 Market St 10th Fl
San Francisco, CA 94107

Nieman Marcus
POB 5235
Carol Stream, IL 60197-5235

Nossaman, LLP
15760 Venturas Blvd.
Encino CA 91436

VSAC Federal Loans
10 E Allen St.
Winooski, VT 05404

| | |
|---|---|
| 1 | Waukeen McCoy |
| | 941 Clayton St |
| 2 | San Francisco, CA 94117-4425 |
| 3 | West Publishing Corp |
| | 4800 Wells Fargo Center |
| 4 | 90 South Seventh Street |
| | Minneapolis, MN 55402-4129 |