**EXHIBIT B**

Case: 14-30381    Doc# 119-1    Filed: 11/15/14    Entered: 11/15/14 23:14:52    Page 1 of 2