SCOTT J. SAGARIA (BAR # 217981)
PATRICK CALHOUN (BAR #56671)
JOE ANGELO (BAR #268542)
SAGARIA LAW, P.C.
2033 Gateway Place, Floor 5
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 3

| In Re: | Case No.: 14-30381-HLB |
|---|---|
| **WAUKEEN QUANDRICO MCCOY,** | Chapter 11 |
| Debtor-in-Possession. | **DECLARATION OF WAUKEEN QUANDRICO MCCOY IN SUPPORT OF DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS** |
| | Date:<br>Time:<br>Judge: Hon. Judge Blumenstiel<br>Crtrm: 23<br>Location: 235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

I, Waukeen Quandrico McCoy, hereby declare as follows:

1. I am the debtor in the above-referenced Chapter 11 bankruptcy. As such, I have actual knowledge of the statements contained herein except those based upon information and belief. If required, I could and would testify competently thereto.

2. I own a single family residence commonly known as 21 Buena Vista Avenue E, San Francisco, CA 94117 (hereinafter "Property") and have located a buyer to purchase the Property for $3,500,000.00.

3. The Property is encumbered by the following liens:

| Name | Date of Recordation | Disputed | Amount |
|---|---|---|---|
| Capital One | August 9, 2006 | N | $2,229,567.24 |

DECLARATION OF WAUKEEN QUANDRICO MCCOY IN SUPPORT OF DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS -1-

| | | | |
|---|---|---|---|
| Buena Vista Park LLC/Ken Page | March 31, 2009 | Y | $857,327.67 |
| Pensco Trust Company | February 11, 2013 | N | $72,000.00 |
| Jeremy Charles Pack (Abstract) | April 19, 2005 | Y | $12,713.39 |
| Litigation Economics, LLC (Abstract) | 12/9/2009 | Y | $39,641.08 |
| Jonathan McLaughlin (Mechanic's Lien) | 7/11/2013 | Y | $47,550.00 |
| CAS Construction Company (Mecahnic's Lien) | 7/1/2013 | Y | $43,730.00 |
| City and County of SF (refuse lien) | | N | $402.12 |
| Franchise Tax Board | April 29, 2009 | N | $169,518.57 |
| Internal Revenue Service | October 7, 2009 | N | $823,387.33 |
| Internal Revenue Service | April 12, 2010 | N | $22,302.17 |
| Franchise Tax Board | 1/10/2011 | N | $81,201.85 |
| Franchise Tax Board | 1/10/2011 | N | $11,086.85 |
| Franchise Tax Board | 2/15/2012 | N | $7,503.60 |
| Internal Revenue Service | 3/14/2012 | N | $43,968.59 |
| Franchise Tax Board | 7/2/2012 | N | $44,108.65 |
| Internal Revenue Service | 8/29/2012 | N | $323,429.86 |
| Internal Revenue Service | 1/15/2013 | N | $210,445.27 |
| Franchise Tax Board | 1/16/2013 | N | $57,951.73 |
| Franchise Tax Board | 3/22/2013 | N | $57,951.73 |

4. Furthermore, there are real property taxes secured against the Property in Favor of the County of San Francisco in the amount of $67,768.87.

5. Prior to filing the instant case, I had extensively marketed the property to potential buyers. The property was listed throughout 2013 without any offers. After reducing the price to below $4,000,000.00, I was able to produce an offer of $3,750,000.00. That offer fell through,

DECLARATION OF WAUKEEN QUANDRICO MCCOY IN SUPPORT OF DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS -2-

however, due to the liens on the property. I was unable to find any other buyers for the property.

6. Since then, I have located a buyer, Urban Green Investments, LLC, for the Property for the price of $3,500,000.00. A true and correct copy of the Estimated Closing Statement is attached hereto as **Exhibit A**. A true and correct copy of the Sales Agreement is attached hereto as **Exhibit B**.

7. I believe that the proposed sale of the Property, based upon the terms set forth in the Seller's Estimated Closing Statement and the Sales Agreement, is in the best interest of my creditors. The Property is over-encumbered and not useful to a meaningful reorganization. Furthermore, the proceeds from the sale will pay down the secured tax liens filed in the City and County of San Francisco by the Internal Revenue Service and the Franchise Tax Board.

8. The sale price represents a fair value for the Property. I have no relationship with the Buyer and the Buyer is not an insider as defined in Section 101(31) of the Bankruptcy Code. The Seller's Estimated Closing Statement is the product of good-faith, arms' length negotiations.

9. The real estate agent is John Warner of Summit Real Estate Group Inc. They have agreed to accept commission in the amount of $100,000.00, which represents less than the standard commission rate on the sale of real property.

10. I will not relinquish title to or possession of the subject property prior to payment in full of the purchase price.

11. For all of the reasons set forth above, I respectfully request this Court to grant the instant Motion to Sell Real Property Free and Clear of Liens

I declare under penalty of perjury under the laws of the United States of America that the foregoing is both true and correct. Executed this 18th day of July 2014, in San Jose, California.

                                            /s/ Waukeen Quandrico McCoy
                                            Waukeen Quandrico McCoy
                                            Debtor/Declarant