

**Entered on Docket**
**November 24, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 21, 2014**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Case No. 14-30381 HLB |
| WAUKEEN QUANDRICO MCCOY, | ) Chapter 11 |
| Debtor. | ) |

**ORDER DENYING MOTION FOR ORDER DIRECTING RELEASE OF ESCROWED FUNDS AND SETTING CONTINUED HEARING**

On November 20, 2014, the Court held a hearing on creditor Urban Green Investments, LLC’s Motion for Order Directing Release of Escrowed Funds (the “Motion”). Upon due consideration, and for the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The Motion is **DENIED**.
2. The Court shall hold a continued hearing on **December 11, 2014 at 10:00 a.m.** for the purpose of allowing the parties to meet and confer as to whether they can agree to BDRP or relief from stay for the purposes of mediating or arbitrating in accordance with the parties’ contract.
3. If the parties submit a stipulation and order

concerning mediation and/or arbitration on or before December 10, 2014, the hearing shall be vacated.

****END OF ORDER****

**ORDER DENYING MOTION FOR ORDER DIRECTING RELEASE OF ESCROWED FUNDS AND SETTING CONTINUED HEARING**

- 2 -

Case: 14-30381 Doc# 122 Filed: 11/21/14 Entered: 11/24/14 11:38:06 Page 2 of 3

**Court Service List**

[None]