Sharon L. Ceasar, SBN 160869
Attorney at Law
1191 Solano Avenue#6573
Albany, CA 94706
Telephone: (510) 528-1640
Facsimile: (510) 898-1940
sharonlceasar@gmail.com

Attorney for Debtors
Waukeen McCoy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| In re: Waukeen McCoy | ) Case No.: 14-30381 |
| Debtor. | ) |
| | ) CHAPTER 11 |
| | ) Honorable Hannah L. Blumensteil |
| | ) |
| | ) OBJECTION TO CLAIM OF INTERNAL |
| | ) REVENUE SERVICE |
| | ) **(No Hearing Requested)** |
| | ) |
| | ) |

TO: **INTERNAL REVENUE SERVICE**

PLEASE TAKE NOTICE that Sharon L. Ceasar, Attorney for the above-referenced Debtor, objects to **Claim #7-2** filed July 24, 2013 in this Chapter 11 in the total amount of $3,449,445.51 (*Attached hereto*) and any amendments thereto which is the subject of this Objection and this Notice.

The Debtors properly listed the Internal Revenue Service in this Chapter 11 case and has been given Notice of all proceedings in the Bankruptcy case. The Internal Revenue Service

Objection To Claim -1-

alleged in the Claim filed: $2,161,967.71 is secured; $1,287,375.80 is priority; and $102.00 is unsecured for the total of $3,449,445.51.

The Debtors is preparing and filing Amended Tax Returns for the periods listed in the Internal Revenue Service **Claim #7-2**. The amount owed to the Internal Revenue Service is estimated to be less than $309,000.00 the Debtor believes is owed. An Amended Objection will be provided after the Amended Tax Returns are completed and served on the IRS.

THEREFORE, this Objection is notice only pending completion of the Amended Tax Returns.

Date: December 4, 2014

/s/ Sharon L. Ceasar
Sharon L. Ceasar, Attorney for the Debtor
Waukeen McCoy

Objection To Claim -2-