MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Fax: (415) 436-7009

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) CASE NO. 14-30381 |
| WAUKEEN McCOY, | ) RESPONSE TO OBJECTION TO CLAIM NO. 7-2 |
| Debtor, | ) |

The above named debtor has filed an Objection to Claim Number 7-2 filed by the Internal Revenue Service for unpaid federal taxes. The United States requests that its agency be given an opportunity to resolve the objection informally if possible, and that a hearing be set in this matter only after parties have exchanged information to determine the facts underlying the objection. The United States will supplement this response prior to hearing.

MELINDA HAAG
United States Attorney

Dated: January 21, 2015
             /s/
CYNTHIA L. STIER
Assistant United States Attorney
Tax Division