Sharon L. Ceasar, SBN 160869
Attorney at Law
1191 Solano Avenue, #6573
Albany, CA 94706
Telephone: (510) 528-1640
Facsimile: (510) 898-1940
sharonlceasar@gmail.com

Attorney for
WAUKEEN Q. MCCOY

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: WAUKEEN Q. MCCOY,**<br><br>Debtor in possession. | Case No.: 14-30381 HLB<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: MOTION TO RELEASE SURPLUS FUNDS HELD BY CHICAGO TITLE AND REQUEST FOR ATTORNEY'S FEES**<br><br>**Date:** March 5, 2015<br>**Time:** 10:00 a.m.<br>**Place:** US Bankruptcy Court<br>235 Pine St., 19th Fl., San Francisco, CA 94104<br>**Courtroom:** 23<br>**Honorable HANNAH BLUMENSTIEL** |

TO The United States Bankruptcy Court, the Honorable Hannah L. Blumenstiel, the United States Trustee, all creditors, and to all other parties in interest:

**NOTICE IS HEREBY GIVEN** that on March 5, 2015, at <u>10:00</u> a.m. or as soon thereafter as the matter may be heard in Courtroom 23 of the above-referenced court located at 235 Pine Street, Floor 19, San Francisco, CA 94104, debtor-in-possession Waukeen McCoy will move this Court for an Order to Release Surplus Funds Held by Chicago Title and for

Attorney's Fees.

**PLEASE TAKE FURTHER NOTICE** that this matter is being heard on a Notice time of twenty-eight (28) days or greater. Pursuant to Local Bankruptcy Rule 9014-1(c)(1) written opposition to this Motion must be filed with the Court and served on the initiating party at least seven (7) days before the scheduled hearing date. Failure to timely file written opposition to the Motion may result in the Motion being resolved without oral argument and the striking of untimely oppositions.

This Notice is supported by the Motion and Memorandum of Points and Authorities filed concurrently herewith, by the pleadings and papers on file in this bankruptcy case, and by such oral and documentary evidence as the Court may permit upon the hearing of this Motion.

Date: January 26, 2015

LAW OFFICE OF SHARON L. CEASAR,

 /s/ Sharon L. Ceasar
Sharon L. Ceasar, Attorney for Debtor in Possession
Waukeen McCoy

-2-

Case No. 14-30381 HLB
Notice of Hearing Re: Motion to Release Surplus Funds Held by Chicago Title and Request for Attorney's Fees
Case: 14-30381    Doc# 161    Filed: 01/28/15    Entered: 01/28/15 21:12:54    Page 2 of 2