Sharon L. Ceasar, SBN 160869
Attorney at Law
1191 Solano Avenue, #6573
Albany, CA 94706
Telephone: (510) 528-1640
Facsimile: (510) 898-1940
sharonlceasar@gmail.com

Attorney for
WAUKEEN Q. MCCOY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WAUKEEN Q. MCCOY,<br><br>Debtor in possession. | Case No.: 14-30381 HLB<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF SHARON L. CEASAR IN SUPPORT OF ORDER TO RELEASE SURPLUS FUNDS HELD BY CHICAGO TITLE AND REASONABLE ATTORNEY'S FEES**<br><br>Date: March 5, 2015<br>Time: 10:00 a.m.<br>Place: US Bankruptcy Court<br>235 Pine St., 19th Fl., San Francisco, CA 94104<br>Courtroom: 23<br>Honorable HANNAH BLUMENSTIEL |

I, Sharon L. Ceasar declare as follows:

1. I am an attorney licensed to practice law in all the courts in the State of California and in Federal Court. I have personal knowledge of the statements contained herein except those based on information and belief.

-1-

Case No. 14-30381 HLB
Supplemental Declaration of Sharon L. Ceasar in Support of Order to Release Surplus Funds Held by Chicago Title and Reasonable Attorney's Fees

Case: 14-30381    Doc# 164    Filed: 01/28/15    Entered: 01/28/15 21:20:52    Page 1 of 2

2. I graduated from U.C. Hastings College of the Law in 1992 and have been practicing law twenty-three years.

3. My hourly attorney's fees are $300.00 per hour. I spent .1 reading the last letter from Attorney Burris; seven (7) hours of legal research on this Motion; four (4) hours drafting the Motion and .4 of an hour drafting and preparing the Declaration. For a total of 11.5 hours.

4. Chicago Title should pay my reasonable attorney's fees in the amount of three thousand four hundred fifty dollars ($3,450.00) for having to bring this Motion for an Order releasing the surplus funds held them since August 2014 because I tried to resolve this issue without court intervention to no avail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of January 2015, in Berkeley, California.

LAW OFFICE OF SHARON L. CEASAR,

/s/ Sharon L. Ceasar
Sharon L. Ceasar, Attorney for Debtor in Possession
Waukeen McCoy

-2-
Case No. 14-30381 HLB
Supplemental Declaration of Sharon L. Ceasar in Support of Order to Release Surplus Funds Held by Chicago Title and Reasonable Attorney's Fees

Case: 14-30381    Doc# 164    Filed: 01/28/15    Entered: 01/28/15 21:20:52    Page 2 of 2