Sharon L. Ceasar, SBN 160869
Attorney at Law
1191 Solano Avenue, #6573
Albany, CA 94706
Telephone: (510) 528-1640
Facsimile: (510) 898-1940
sharonlceasar@gmail.com

Attorney for
WAUKEEN Q. MCCOY

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WAUKEEN Q. MCCOY,<br><br>Debtor in possession. | Case No.: 14-30381 HLB<br><br>Chapter 11<br><br>**MOTION TO RELEASE SURPLUS FUNDS HELD BY CHICAGO TITLE AND REQUEST FOR ATTORNEY'S FEES**<br><br>Date: March 12, 2015<br>Time: 10:00 a.m.<br>Place: US Bankruptcy Court<br>235 Pine St., 19th Fl., San Francisco, CA 94104<br>Courtroom: 23<br>Honorable HANNAH BLUMENSTIEL |

This Motion to Release Surplus funds held by Chicago Title and Request for Attorney's fees is based on the following facts: On or about June 3, 2014, a Motion for Relief from Stay was filed by Creditors Buena Vista Park, LLC and Kenneth Page. Debtor-in-Possession Waukeen McCoy was represented by Attorney Joseph Angelo of Sagaria Law,

P.C. An Order granting the Relief from Stay was entered on June 24, 2014. Mr. McCoy at that time was the owner of 21 Buena Vista Ave. in San Francisco. He listed his interest in the real property on all his pertinent schedules.

The real property was sold at a trustee's sale on August 7, 2014. This was not a tax sale for the liens on the real property held by the IRS. The IRS did not participate in the sale at all. The surplus funds from the sale are being held by a third party, Chicago Title. Letters went back and forth from the Firm representing Chicago Title and Mr. McCoy, including the attorney for the Bankruptcy Estate of McCoy. An Ex Parte Application for Release of the Funds to Mr. McCoy was filed and denied on January 12, 2015.

This Motion requests that this Court order the immediate release of the surplus funds to the debtor's attorney or the debtor in possession to be placed in an interest bearing account subject to further Orders of the Bankruptcy Court. The Motion will be based on the Memorandum of Points and Authorities submitted herein, on all the papers and records of file in this action, and upon such oral and documentary evidence as may be presented at the time of the hearing on the Motion.

Dated: January 26, 2015         LAW OFFICE OF SHARON L. CEASAR,


    /s/ Sharon L. Ceasar
Sharon L. Ceasar, Attorney for Debtor in Possession
Waukeen McCoy