SHARON L. CEASAR SBN NO. 160869
LAW OFFICE OF SHARON L. CEASAR
1191 Solano Ave. #6573
Albany, CA 94706-9991
Telephone: (510)528-1640
Fax: (510) 898-1940
sharonlceasar@gmail.com
Attorney for Debtor
WAUKEEN McCOY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: WAUKEEN Q. McCOY, <br><br> Debtor in Possession, | Case No.: 14-30381-HLB <br><br> CHAPTER 11 <br><br> **SUPPLEMENTAL DECLARATION OF DEBTOR IN POSSESSION WAUKEEN McCOY IN RESPONSE TO OSC** <br><br> Hearing Date: April 9, 2015 <br> Time: 10:00 a.m. <br> Place: 235 Pine Street, Courtroom 23 <br> Judge: Hon. HANNAH BLUMENSTIEL |

1
SUPPLEMENTAL DECLARATION OF WAUKEEN Q. McCOY IN RESPONSE TO OSC

I, Waukeen Q. McCoy, declare as follows:

1. I have personal knowledge of each fact stated herein and, if sworn as a witness, could testify competently thereto. This declaration is a supplemental to the previously filed OSC declaration.

**JUNE 2014 MONTHLY OPERATING REPORT**

2. On June 6, 2014, I was numerous months behind on my office rent and on that same day, I obtained three cashier's checks in the amount of $5,000.00 each to CIM my previous office landlord, which totaled $15,000.00. The Statement identifies the transaction as "withdrawal image." I obtained clarification, and the payee on those checks was CIM. These checks were withdrawn for payment for post-petition office rent.

**AUGUST 2014 MONTHLY OPERATING REPORT**

3. On August 12, 2014, I made a cash withdrawal from Bank of America account ending in 7089 in the amount of $400 for the payment of luncheon for the interns.

**OCTOBER 2014 MONTHLY OPERATING REPORT**

4. On October 15, 2014, check no. 1012, was written to Attorney Sharon Ceasar in the amount of $775 for drafting, researching, and completing the Reply Brief in the B. Scott

v. BET Viacom appeal (Los Angeles County), Case No: BC517318. At that time, Ms. Ceasar was unaware of my Bankruptcy Filings. Ms. Ceasar and I were classmates and we both graduated from Hastings College of the Law in 1992.

### DECEMBER 2014 MONTHLY OPERATING REPORT

5. I have attached copies of checks from the December 2014 Bank Statements to my December, 2014, Amended Operating Report.

6. I made a payment in the amount of $2,500.00, check no. 1030, which posted on December 23, 2014 to Dwight Cooper for work for the period of December 8, 2014 through December 19, 2014. Mr. Cooper worked on the Baskin v. Sweet Jimmies matter, Case No: RG 13-676121 during that period, performing an investigation of the location and discovery. Mr. Cooper also worked on the Chloie Jonnson v. Crossfit matter, Case no: CV178788, assisting in deposition preparation and other discovery.

7. I made a payment, check no. 1032, posted on December 30, 2014 to Dwight Cooper for work during the period of December 22, 2014 through December 29, 2014. Mr. Cooper worked on the Baskin v. Sweet Jimmies matter, Case No: RG 13-676121 during that period, performing an investigation of the location and discovery. Mr. Cooper also worked on the Walker v. Neiman Marcus matter, Case no: Arbitration Association No: 74-160-0053713, assisting in fact discovery.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this Twenty Ninth day of March, 2015.

_____
WAUKEEN McCOY
Debtor in Possession

3
SUPPLEMENTAL DECLARATION OF WAUKEEN Q. McCOY IN RESPONSE TO OSC
Case: 14-30381   Doc# 234   Filed: 04/02/15   Entered: 04/02/15 23:23:44   Page 3 of 3