Signed and Filed: April 9, 2015

*[signature]*

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 14-30381 HLB
)
WAUKEEN QUANDRICO MCCOY, ) Chapter 11
)
        Debtor. )
)

**ORDER VACATING ORDER TO SHOW CAUSE**

On February 12, 2015, the Court entered an Order to Show Cause Why Case Should Not Be Converted Or Dismissed (the "Show Cause Order"). On April 9, 2015, the Court granted the United States Trustee's Motion to Convert Case. Accordingly, the Court hereby **VACATES** the Show Cause Order as moot.

**\*\*END OF ORDER\*\***

**Court Service List**