Signed and Filed: April 9, 2015

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:   ) Case No. 14-30381 HLB
         )
WAUKEEN QUANDRICO MCCOY,   ) Chapter 11
         )
         Debtor.   )
         )

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7**

On April 9, 2015, the Court held a hearing on the United States Trustee's Motion to Convert Case to Chapter 7 under 11 U.S.C. § 1112(b) (the "Motion"). Findings of fact and conclusions of law were as noted on the record as permitted by Rule 7052 of the Federal Rules of Bankruptcy Procedure and Rule 52(a) of the Federal Rules of Civil Procedure, as made applicable by Rule 9014 of the Federal Rules of Bankruptcy Procedure. Upon due consideration, and for the reasons stated on the record, the Motion is **GRANTED** and the case is hereby converted to one under Chapter 7.

**\*\*END OF ORDER\*\***

**Court Service List**