Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158

Attorney for Debtor
Waukeen Quandrico McCoy

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No.: 14-30381 |
| Waukeen Quandrico McCoy | Chapter 7 |
| Debtor. | **SUBSTITUTION OF ATTORNEY** |

    Comes now Waukeen Quandrico McCoy (the "Debtor" herein), heretofore represented by Sharon Ceasar and now substitutes attorney, MARC VOISENAT, in place and in stead of Sharon Ceasar effective this date. The address and telephone number for MARC VOISENAT is set forth above.

    I agree and accept the substitution.

Dated: April 22, 2015

/s/ Waukeen Quandrico McCoy
Waukeen Quandrico McCoy,
Debtor

   I consent to the substitution:

Dated: April 22, 2015

/s/ Marc Voisenat
Marc Voisenat, Attorney